UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/10/07

To: United States Court of Appeals         ATTN: (XXXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                    ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103        ( )JUDGE

From: Shari Fuhrer
      U.S. District Court for Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513


DC No: 3:04-cv-00017-RRB                   Appeal No: 05-35479

Short title: Morrissette v A&W Alaska, Inc.


Composition of Record

Clerk's Files in  4  volumes        (XXX) original     ( ) certified copy

    Bulky docs.  2  expando, docket #  #32 and exhs for #60
                                (folders)

Reporter's   in _____ volumes   ( ) original   ( )certified copy
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

            in _____ boxes      ( ) under seal

Other: **(certified copy of ACMS and ECF dockets enclosed)**

Acknowledgement:_____  Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/10/07

To: United States Court of Appeals          ATTN: (XXXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                     ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ( )JUDGE

From: Shari Fuhrer
      U.S. District Court for Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513

DC No: 3:04-cv-00017-RRB          Appeal No: 05-35479

Short title: Morrissette v A&W Alaska, Inc.

Composition of Record

Clerk's Files in 4 volumes          (XXX) original     ( ) certified copy

    Bulky docs. 2 expando, docket # #32 and exhs for #60
                                  (folders)

Reporter's   in _____ volumes   ( ) original    ( )certified copy
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

            in _____ boxes      ( ) under seal

Other: **(certified copy of ACMS and ECF dockets enclosed)**

Acknowledgement:_____ Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/10/07

To: United States Court of Appeals          ATTN: (XXXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                     ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ( )JUDGE

From: Shari Fuhrer
      U.S. District Court for Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513

DC No: 3:04-cv-00017-RRB            Appeal No: 05-35479

Short title: Morrissette v A&W Alaska, Inc.

Composition of Record

Clerk's Files in 4 volumes        (XXX) original     ( ) certified copy

    Bulky docs. 2 expando, docket # #32 and exhs for #60
                              (folders)

Reporter's  in _____ volumes   ( ) original   ( )certified copy
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

            in _____ boxes      ( ) under seal

Other: **(certified copy of ACMS and ECF dockets enclosed)**

Acknowledgement: _____   Date: _____
"record.app" [11/21/97]