UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

**RECEIVED**
**JAN 1 6 2007**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

Date: 01/10/07

To: United States Court of Appeals          ATTN: (XXXX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                  ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                     ( )JUDGE

From: Shari Fuhrer
    U.S. District Court for Alaska
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:04-cv-00017-RRB          Appeal No: 05-35479

Short title: Morrissette v A&W Alaska, Inc.

Composition of Record

Clerk's Files in 4 volumes     (XXX) original     ( ) certified copy

    Bulky docs. 2 expando, docket # #32 and exhs for #60
                (folders)

Reporter's in _____ volumes  ( ) original  ( )certified copy
Transcripts

Exhibits:   in _____ envelopes ( ) under seal

        in _____ boxes  ( ) under seal

Other: (certified copy of ACMS and ECF dockets enclosed)

**RECEIVED**
**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

Acknowledgement: _____  Date: JAN 1 1 2007

"record.app" [11/21/97]

FILED _____
DOCKETED _____ DATE _____ INITIAL

T. Rosenthal