**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

HYON N. MORRISSETTE   v.   A&W ALASKA INC., et al.

DATE:   March 13, 2007      CASE NO.   3:04-CV-0017-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE NINTH CIRCUIT COURT OF APPEALS MEMORANDUM**

The parties shall file a status report with the Court on or before **March 23, 2007**, in which they report concerning the status of this dispute and the time frame in which they will be prepared to try the one issue remaining after the Ninth Circuit's recent remand.

M.O. RE REMAND