Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:    (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>    Plaintiff,<br><br>vs.<br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>    Defendants. | Case No. A04-0017 (RRB) |

### ENTRY OF APPEARANCE

COMES NOW Ronald A. Offret of Aglietti, Offret & Woofter and enters his appearance as counsel to Plaintiff Hyon N. Morrissette and request copies of all pleadings filed in this action be mailed to his office at:

Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501

DATED this 14 day of March, 2007 at Anchorage, Alaska.

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Ronald A. Offret, #7410096

I certify that on 3/14/2007
A copy of the foregoing
Was served on
John Havelock
Per the ECF system.

Ronald A. Offret