Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:    (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>　　　Plaintiff,<br><br>vs.<br><br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0017 (RRB)<br>) |

## STATUS REPORT BY THE PARTIES

COME NOW Plaintiff and Defendants by and through their respective attorneys and advise the court of the status of this case;

　　TRIAL: The parties believe the case will be ready for trial on the following dates:
　　1st choice: Beginning June 19, 2007
　　2nd choice: Beginning June 12, 2007
　　3rd choice: Beginning July 9, 2007

　　MOTIONS: The parties believe any motions shall be filed 20 days prior to trial.

　　DISCOVERY: The parties believe discovery shall be completed 20 days prior to trial.

　　DISCOVERY MOTIONS: Shall be filed 40 days prior to trial.

　　WITNESS LIST: At least 40 days before trial counsel shall file witness lists setting forth the names, current addresses of witness actually expected to be called at trial with a summary of testimony expected of said witness.

　　EXPERT WITNESSES AND REPORTS: 60 days before trial.

　　EXHIBITS: 10 days before trial

Status Report
Morrissette v. A & W et al
Page 1 of 2

TRIAL BRIEF: 10 days before trial

PROPOSED JURY INSTRUCTIONS: 10 days before trial.

REQUEST FOR SETTLEMENT JUDGE: To be decided at a later date.

DATED this 14 day of March, 2007 at Anchorage, Alaska.

     AGLIETTI, OFFRET & WOOFTER
     Attorneys for Plaintiff

     _____
     Ronald A. Offret, Alaska Bar #9410096

DATED this 14 day of March, 2007 at Anchorage, Alaska.

     * _____
     John E. Havelock
     Alaska Bar # 6101006
     Attorney for Defendants

* The parties discussed these dates by phone on March 14, 2007 and Mr. Havelock agreed to these dates and agreed to have this Status Report filed with the * evidencing his agreement.

Status Report
Morrissette v. A & W et al
Page 2 of 2