AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Alaska__

| Hyon Morrisette | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| A&W Alaska INC, Et. al. | Case Number: 3:04-CV-00017-RRB |

| PRESIDING JUDGE<br>Ralph Beistline | PLAINTIFF'S ATTORNEY<br>Ronald A. Offret | DEFENDANT'S ATTORNEY<br>John Havelock |
|---|---|---|
| TRIAL DATE (S)<br>06/11/2007 - 06/15/2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | Yes | IDEN | Agreement for sale of Business and Assets Dated November 11, 02 (T. Suzuki Depo, Ex 6.1-6.3.) |
| 2 | | | Yes | ADM | Wells Fargo Copies of Checks from Hyon Morrissette's account (T.Suzuki Depo, Ex 7) |
| 3 | C | | Yes | ADM | Retail Facility lease for Mountain View Shell Station |
| 4 | | | Yes | ADM | Agreement for Sale of Business between Plaintiff and Defendant Suzuki (T. Suzuki Depo, Ex. 9) |
| 5 | | | Yes | ADM | Letter dated 08/19/03: to Shell Legal from Daniel O'Phelan (T.Suzuki Depo Ex. 2.1) |
| 6 | | | Yes | ADM | Letter dated 08/29/03: to Daniel O'Phelan from Jennifer Wilson at Shell (T.Suzuki Depo Ex. 2.2) |
| 7 | | | Yes | IDEN | Letter dated 09/02/03: to John Havelock from Daniel O'Phelan (T.Suzuki Depo Ex. 17.1 -17.2 ) |
| 8 | | | Yes | IDEN | Letter dated 09/04/03: to Daniel O'Phelan from John Havelock (T.Suzuki Depo Ex. 16.1-16.4) |
| 9 | | | Yes | IDEN | Letter dated 09/05/03: to John E. Scott at Shell from Daniel O'Phelan (T.Suzuki Depo Ex. 13.1) |
| 10 | | | Yes | IDEN | Email dated: 09/08/03: to Daniel O'Phelan from John Havelock (T.Suzuki Depo Ex.16.5) |
| 11 | | | Yes | IDEN | Letter dated 09/09/03: to Daniel O'Phelan from John Havelock (T.Suzuki Depo Ex. 16.9) |
| 12 | | | Yes | IDEN | Letter dated 09/09/03: to John Havelock from Daniel O'Phelan (T.Suzuki Depo Ex.17.3) |
| 13 | | | Yes | IDEN | Email dated 09/09/03: to John Havelock from Daniel O'Phelan (T.Suzuki Depo Ex. 17.4) |
| 14 | | | Yes | IDEN | Letter dated 09/09/03: to O'Phelan from Havelock (T.Suzuki Depo Ex.16.6,16.13 & 16.11-16.12) |
| 15 | | | Yes | IDEN | Letter dated 09/17/03: to O'Phelan from Havelock (T.Suzuki Depo Ex. 16.10) |
| 16 | | | Yes | IDEN | Letter dated 12/03/03: to Kasmar from Havelock (T.Suzuki Depo Ex. 3.1-3.3, and 15.2-15.4) |
| 17 | | | Yes | IDEN | Letter dated 12/03/03: to Kasmar from Havelock (T.Suzuki Depo Ex. 15.1) |
| 18 | | | Yes | IDEN | Email dated 12/08/03: to Havelock from Kasmar, cc to Morrissette (T.Suzuki Depo Ex. 3.10-3.11) |
| 19 | | | Yes | IDEN | Letter dated 12/08/03: to Kasmar from Havelock (T.Suzuki Depo Ex. 15.5-15.6) |
| 20 | | | Yes | IDEN | Letter dated 12/17/03: to John Scott at Shell from Daniel O'Phelan (T.Suzuki Depo Ex.13.3-13.4) |
| 21 | | | Yes | IDEN | Letter dated 12/30/03: to Kasmar, O'Phelan and Bailey from Havelock (T.Suzuki Depo Ex.16.7-.8) |
| 22 | | | Yes | IDEN | Letter dated 09/27/04: to John Havelock from Daniel O'Phelan (T.Suzuki Depo Ex. 17.5-17.6) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | vs. | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | | Yes | IDEN | Letter dated 12/08/04: to Charles Kasmar from John Havelock (T.Suzuki Depo Ex. 3.8-3.6) |
| 24 | | | Yes | IDEN | Letter dated 01/05/05: to John Havelock from Daniel O'Phelan (T.Suzuki Depo Ex. 17.7-17.8) |
| 25 | | | Yes | IDEN | Various E-mails and Letters between the parties (T.Suzuki Depo Ex. 8.2-8.10) |
| 26 | | | Yes | IDEN | Defendants Initial Disclosures Under Rule 26.1. Dated 05/03/04 (T.Suzuki Depo Ex. 11) |
| 27 | | | Yes | ADM | Wells Fargo Statements for Mt. View Shell from 08/01/03 to 08/31/03 (T.Suzuki Depo Ex. 19) |
| 28 | | | Yes | IDEN | Order Granting Defendant's Motion For Posession of Business in 03-8130CI Dated 07/16/03 |
| 29 | | | Yes | IDEN | US District Court District of California Judgment and Probation for Terry Suzuki dated Feb 5, 1998 |
| 30 | D/E | | Yes | ADM | Choe's Accounting Summary 08/05/03 to 12/31/03 (T. Suzuki Depo Ex. 19.22-19.45) |
| 31 | | | Yes | IDEN | Sam's Club reciepts for Cigarettes: Shell 11/01/03 to 11/17/03 |
| 32 | | | Yes | IDEN | Costco reciepts for Cigarettes: Shell 11/07/03 to 11/10/03 |
| 33 | | | Yes | IDEN | Lisa Suzuki's Deposition. Taken 01/13/2005 |
| 34 | | | Yes | IDEN | Terry Suzuki's Deposition. Taken 01/14/05 |