UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  MORRISSETTE   v.  A&W, et al. 

DATE:   May 22, 2007   CASE NO.   3:04-cv-0017-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING FINAL PRETRIAL CONFERENCE**

---

Due to a scheduling conflict, the final pretrial conference in this matter, presently scheduled for May 31, 2007, is **RESCHEDULED** and will be held on **Thursday, May 24, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.