✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Alaska

Hyon Morrissette

V.

A&W Alaska, Inc., et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  3:04-cv-0017-RRB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ralph Beistline | Ronald A. Offret | John Havelock |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/11/2007 - 6/15/2007 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | yes | iden | Email Bloomquist to Morrissette 7/29/03 |
| | B | | yes | iden | Letter Havelock to O'Phelan 9/4/03 w/attachment (Same as Plaintiff 8 w/o attachment) |
| | C | | YES | adm | Shell "Retail Facility Lease" - D's lease franchise agmt dated 4/1/02 as represetnative Shell agmt |
| | D | | yes | iden | Letter Havelock to O'Phelan 9/17/03 w/attachment (Same as Plaintiff 15 w/o attachment) |
| | E | | yes | adm | Shell application for transfer of franchise ownership |
| | F | | yes | iden | Letter Havelock to Kasmar 12/2/03 (Same as Plaintiff 16, different letterhead/date) |
| | G | | yes | iden | Letter Havelock to Kasmar 12/5/03 w/ att. (Same as Plaintiff 19, different letterhead/date, w/o att) |
| | H | | yes | iden | Fax Havelock to Kasmar 12/16/03 |
| | I | | yes | iden | Mutual Termination Agreement and Release dated 1/15/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages