```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 HYON N. MORRISSETTE           vs.  A&W ALASKA INC., ET AL 

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO. <u>3:04-cv-00017-RRB</u>

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    RONALD OFFRET

                DEFENDANT:    JOHN HAVELOCK

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD MAY 24, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re possible settlement. Settlement Conference set for **May 31, 2007 at 9:30 a.m.** Trial by Jury previously set for June 11, 2007 at 8:30 a.m. is **VACATED** and reset for **June 4, 2007 at 8:30 a.m.**

Court and counsel heard re defendant's Motion in Limine (Dkt 114); **GRANTED IN PART/DENIED IN PART**; discussions re the value of the business at the time the station was purchased back granted; discussions from two years ago denied.

At 9:26 a.m. court adjourned.

DATE:       May 24, 2007         DEPUTY CLERK'S INITIALS:   amk