**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  MORRISSETTE  </u>   v.   <u> A&W ALASKA </u>

DATE:  <u> May 25, 2007 </u>    CASE NO.   <u> 3:04-cv-0017-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER RE SETTLEMENT CONFERENCE**

---

Each party shall submit to chambers a confidential settlement brief on or before the close of business **May 25, 2007.** The brief shall not be filed with Court or served on opposing parties.  The brief shall not exceed 20 pages, including attachments.

In an effort to determine the realistic settlement possibility, the parties **must** make a full disclosure of their best evaluation of the potential outcome of the case and what they are willing to take to settle.  All of the strengths and weaknesses of one's case must be discussed candidly in the party's settlement brief and be given appropriate effect in one's settlement position as to the worth of the case.

If plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth.  If plaintiff is unable to set forth such figure, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendant must set forth its present reasonable dollar figure offer.  Likewise, if defendant is unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

The settlement memoranda may not be disclosed to anyone without the party's consent and is not admissible in evidence.  The briefs will be destroyed after the settlement conference.

At the settlement conference, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.