John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br><br>        Plaintiff,<br>vs.<br><br>A&W ALASKA INC.,<br>MOUNTAIN VIEW SHELL, FOOD MART<br>AND A&W RESTAURANT,<br>LISA SUZUKI, and<br>TERRY SUZUKI<br><br>        Defendants. | AO4-0017 CV (RRB) On Remand<br><br>**MOTION THAT TRIAL DATE SET ON MAY 24 BE VACATED** |

At the hearing of May 24, 2007, the court told counsel, for the first time, that the trial date originally set for this case (June 11) was vacated but that the court had time to take the case a week earlier on June 4. Counsel to the defendant A&W/Susuki looked at his calendar and saw that he did not have a conflict, but later in the day, he checked with his client and witnesses and found that the change in the trial date was totally disruptive to both the defendant Suzuki and witnesses so that if the trial date was set for June 4, the defendants would be at substantial disadvantage just because of the date.

Accordingly, the defendants ask that the court determine a new trial date at the time of the settlement conference in the event that the settlement is not successful.

Dated this 25th day of May, 2007.

    s/John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Alaska Bar # 6101006
Attorney for Defendants

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing MOTION THAT TRIAL DATE SET ON MAY 24 BE VACATED was served electronically this 25th day of May, 2007 on the following:

RONALD OFFRET
raoffret@yahoo.com

By:     s/John Havelock