```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

HYON MORRISSETTE vs. A&W ALASKA, INC. ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO 3:04-CV-00017-RRB

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   RONALD OFFRET

               DEFENDANT:   JOHN E. HAVLOCK

PROCEEDINGS: FINAL PRETRIAL CONFERENCE (SETTLEMENT CONFERENCE)
             HELD 5/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

Court and counsel heard re parties agreement proceeding with settlement conference with Judge Beistline as trial judge.

At 9:34 a.m. court recessed until 10:36 a.m.

Court and counsel heard re parties were unable to reach a resolution and set trial date.

At 10:38 a.m. court recessed until 10:39 a.m.

Trial by Jury for **June 11, 2007 at 8:30 a.m.** remains as set.

Court and counsel heard re trial procedures, jury selection, jury instructions and verdict forms.

Settlement briefs returned to parties.

At 11:05 a.m. court adjourned.

DATE:   May 31, 2007   DEPUTY CLERK'S INITIALS:   SCL