John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,   )<br>                                                    )<br>          Plaintiff,            )<br>vs.                                                )<br>                                                    )<br>A&W ALASKA INC.,                      )<br>MOUNTAIN VIEW SHELL, FOOD )<br>MART                                          )<br>AND A&W RESTAURANT,          )<br>LISA SUZUKI, and                        )<br>TERRY SUZUKI                            )<br>                                                    )<br>          Defendants.           ) | AO4-0017 CV (RRB) On Remand<br><br>**EMERGENCY MOTION TO VACATE TRIAL DATE AND FOR A TRIAL SETTING CONFERENCE** |

COMES NOW the defendants in this matter and move the court to vacate the trial date now set for June 11 and to set a trial setting conference at a later time.

The reason for this motion was informally communicated to counsel and the court yesterday.  The principal defendant, Mr. Suzuki, has a mother, a woman in her seventies, and an American citizen who lives in Anchorage.  Mrs. Suzuki left for a trip to Seoul, Korea, where she was born, about a week ago.  The person who was to pick her up was two hours late.  Mrs. Suzuki is nowhere to be found.  All relatives have been contacted without success.  A missing persons report has been filed; the American

Embassy contacted; the Airport police are investigating. Mr. Suzuki is distraught. Under the circumstances he is in no condition to participate in the trial scheduled for Monday, and is flying to Korea early in the week.

Accordingly, the defendants ask that the trial date be vacated for compassionate reasons and that a new trial date be set according to the convenience of the court and the parties.

Dated this 8th day of June, 2007.

   s/John Havelock  
LAW OFFICES OF JOHN HAVELOCK  
632 Christensen Drive, Suite 100  
Anchorage, AK  99501  
(907)276-1916  
(907)258-9053 (fax)  
jehavelock@yahoo.com  
Alaska Bar # 6101006  
Attorney for Defendants

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing EMERGENCY MOTION TO VACATE TRIAL DATE AND FOR A TRIAL SETTING CONFERENCE was served electronically this 8th day of June, 2007 on the following:

RONALD OFFRET  
raoffret@yahoo.com

By:   s/John Havelock