John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| HYON N. MORRISSETTE, ) ) Plaintiff, ) vs. ) ) A&W ALASKA INC., et al. ) ) Defendants. ) ) | AO4-0017 CV (RRB) On Remand  **WITHDRAWAL OF MOTION TO VACATE JULY 11 TRIAL DATE** |

   Defendants' motion to vacate the June 11 trial date is hereby withdrawn for the reason that defendant Suzuki's elderly mother has turned up safe and sound in Korea, and Mr. Suzuki will be arriving in Anchorage Sunday evening.  When her ride did not appear to pick her up at the airport, Mrs. Suzuki apparently proceeded directly by taxi to a religious meditation retreat, and neglected to contact Mr. Suzuki or the relatives who were expecting her.

   Defendants' counsel informed plaintiff's counsel of this happy turn of events by telephone late Saturday, and thanks the court for its consideration in this matter, while regretting the disruption to the court's management of the case.  Mr. Offret has informed defendant's counsel that he believes, from talking to the court's clerk, that

the jury call for Sunday has been vacated.  He believes that the jury can be called for Tuesday. From the perspective of the defendant, a jury trial beginning Tuesday will also work.

        Dated this 10th day of June, 2007.

         s/John Havelock
        LAW OFFICES OF JOHN HAVELOCK
        632 Christensen Drive, Suite 100
        Anchorage, AK  99501
        (907)276-1916
        (907)258-9053 (fax)
        jehavelock@yahoo.com
        Alaska Bar # 6101006
        Attorney for Defendants

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing WITHDRAWAL OF MOTION TO VACATE JULY 11 TRIAL DATE was served electronically this 10th day of June, 2007 on the following:

RONALD OFFRET
raoffret@yahoo.com

By:     s/John Havelock