MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>    HYON MORRISSETTE    </u>  vs.  <u>  A&W ALASKA, INC. ET AL  </u>

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO <u>3:04-CV-00017-RRB</u>

DEPUTY CLERK/RECORDER: <u>        SUZANNETTE LUCERO        </u>

APPEARANCES:   PLAINTIFF: <u>   RONALD OFFRET                </u>

               DEFENDANT: <u>   JOHN E. HAVLOCK             </u>

PROCEEDINGS: FINAL PRETRIAL CONFERENCE (FURTHER PROCEEDINGS RE DEFENDANT'S MOTION TO CONTINUE) HELD 6/11/07:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened.

Court and counsel heard re Defendant's Motion to Vacate Trial Date of June 11 (Dkt 135) and Defendant's Motion to Withdraw Motion to Vacate Trial Date of June 11 (Dkt 136).

Trial by Jury set for **June 12, 2007 at 9:00 a.m.**

At 8:44 a.m. court recessed until 8:47 a.m.

Court and counsel heard re statement of facts, jury instructions and voir dire.

At 9:22 a.m. court adjourned.

OFF RECORD NOTE: Defendant's Motion to Vacate Trial Date of June 11 (Dkt 135); **GRANTED** and Defendant's Motion to Withdraw Motion to Vacate Trial Date of June 11 (Dkt 136); **MOOT**.

DATE: <u>    June 11, 2007    </u>  DEPUTY CLERK'S INITIALS: <u>    SCL    </u>