UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>   MORRISSETTE   </u>  v.  <u>  A&W ALASKA INC.  </u>

DATE:  <u>   June 11, 2007   </u>   CASE NO.  <u>   3:04-CV-0017-RRB   </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RE INTERPRETER**

---

The parties have not made arrangements for a federally certified court interpreter.  Therefore, no such testimony will be permitted on the record.  How the parties wish to proceed off the record, including clarification of questions, is up to them.

M.O. RE INTERPRETER