MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

HYON MORRISSETTE         vs.   A&W ALASKA, INC. ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO 3:04-CV-00017-RRB

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   RONALD OFFRET

               DEFENDANT:   JOHN E. HAVLOCK

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD 6/12/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened without prospective jurors present.

Court and counsel heard re statement of facts.

At 9:47 a.m. 31 prospective jurors entered the courtroom.

Introduction of counsel.

Oath as to qualifications administered.

General voir dire conducted.

Court directed clerk to call 18 names; 18 names called.

Individual voir dire conducted.

At 10:30 a.m. the prospective jurors exited courtroom.

Court and counsel heard re peremptory challenges.

At 10:32 a.m. court recessed until 10:50 a.m. without prospective
jurors present.

Court and counsel heard re peremptory challenges taken and
opening statements.

At 10:56 a.m. 31 prospective jurors entered the courtroom.

Continued To Page 2

DATE:    June 12, 2007    DEPUTY CLERK'S INITIALS:     SCL

Continuation - Page 2
Hyon Morrissette vs. A & W Alaska, Inc., et al
3:04-cv-00017-RRB
Trial by Jury - Day 1
June 12, 2007
------------------------------------------------------------------

Court directed clerk to call jury panel of 8 selected.

At 10:58 a.m. court thanked and excused the excess jurors.

Impaneling oath administered.

Court read jury instructions and admonished the jury panel.

At 11:16 a.m. the jury panel exited the courtroom.

Court and counsel heard re witnesses and trial scheduling.

At 11:21 a.m. court recessed until 12:50 p.m. without jury panel
present.

Court and counsel heard re witnesses.

At 12:55 p.m. the jury panel entered the courtroom.

Opening statements heard.

Hyon Morrissette sworn and testified on her own behalf.
Plaintiff's exhibits 1, 1A, 2, 25(pages 4, 6 and 8), 27, 35
**ADMITTED**.

At 2:17 p.m. court recessed until 2:34 p.m. without the jury
panel present.

Court and counsel heard re display of exhibits.

At 2:37 p.m. the jury panel entered the courtroom.

Hyon Morrissette resumed the stand and testified further on her
own behalf. Plaintiff's exhibits 4, 26(pages 10, 11 and 12), 30,
31, 32, 36, 37 **ADMITTED**.

Continued To Page 3

DATE:_____June 12, 2007_____ DEPUTY CLERK'S INITIALS:_____SCL_____

```
                    Continuation - Page 3
          Hyon Morrissette vs. A & W Alaska, Inc., et al
                       3:04-cv-00017-RRB
                    Trial by Jury - Day 1
                       June 12, 2007
----------------------------------------------------------------
```

At 3:30 p.m. court recessed until 3:38 p.m. without the jury panel present.

Court and counsel heard re juror #4.

At 3:40 p.m. the jury panel entered the courtroom.

Hyon Morrissette resumed the stand and testified further on her own behalf.

David Cho sworn and testified telephonically on behalf of the plaintiff.

At 4:26 p.m. the jury panel exited the courtroom to reconvene Wednesday, June 13, 2007 at 8:30 a.m.

Clerk informed the Court that the FTR had stopped recording.

At 4:30 p.m. court recessed this matter to reconvene **Wednesday, June 13, 2007 at 8:30 a.m.**

OFF RECORD NOTE: When FTR had stopped recording, Court and counsel heard re jury instructions.

DATE:_____June 12, 2007_____ DEPUTY CLERK'S INITIALS:_____SCL_____