```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

   HYON MORRISSETTE           vs.    A&W ALASKA, INC. ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO 3:04-CV-00017-RRB

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   RONALD OFFRET

               DEFENDANT:   JOHN E. HAVLOCK

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD 6/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened without jury panel present.

Court and counsel heard re jury instructions.

At 8:38 a.m. the jury panel entered the courtroom.

Terry James Suzuki sworn and testified on behalf of the plaintiff.

At 10:00 a.m. court recessed until 10:15 a.m. without the jury panel present.

Court and counsel heard re trial scheduling.

At 10:18 a.m. the jury panel entered the courtroom.

Terry James Suzuki resumed the stand and testified further on the behalf of the plaintiff. Plaintiff's exhibit 7 **IDENTIFIED**. Plaintiff's exhibit 28 **ADMITTED**.

At 11:36 a.m. court recessed until 11:37 a.m. without the jury panel present.

Court and counsel heard re jury instructions and verdict form.

At 11:53 a.m. court recessed until 1:22 p.m. without jury panel present.

Continued To Page 2

DATE:    June 13, 2007    DEPUTY CLERK'S INITIALS:    SCL

```
                    Continuation - Page 2
            Hyon Morrissette vs. A & W Alaska, Inc., et al
                        3:04-cv-00017-RRB
                       Trial by Jury - Day 2
                         June 13, 2007
------------------------------------------------------------------
```

Court and counsel heard re next witness.

At 1:26 p.m. the jury panel entered the courtroom.

Han Kenneth Choe sworn and testified on behalf of the plaintiff.

Plaintiff rested.

At 2:15 p.m. court recessed until 2:30 p.m. without the jury panel present.

Court and counsel heard re Defendant's oral motion for directive verdict; **DENIED**.

At 2:39 p.m. the jury panel entered the courtroom.

Terry James Suzuki previously sworn and testified on his own behalf. Defendant's exhibit I **ADMITTED**. Plaintiff's exhibit 3 **ADMITTED**.

Jerry W. Hermann sworn and testified on behalf of the defendant.

At 4:18 p.m. court recessed until 4:22 p.m. without the jury panel present.

Court and counsel heard re next witness.

At 4:24 p.m. the jury panel entered the courtroom.

John E. Scott sworn and testified on behalf of the defendant.

Defendant rested.

At 4:45 p.m. the jury panel exited the courtroom to reconvene Thursday, June 14, 2007 at 9:00 a.m.

Continued To Page 3

DATE:_____June 13, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____

```
                    Continuation - Page 3
         Hyon Morrissette vs. A & W Alaska, Inc., et al
                       3:04-cv-00017-RRB
                     Trial by Jury - Day 2
                         June 13, 2007
----------------------------------------------------------------
```

Court and counsel heard re jury instructions and verdict form.

At 4:56 p.m. court recessed this matter to reconvene **Thursday, June 14, 2007 at 9:00 a.m.**

DATE:＿＿＿June 13, 2007＿＿＿ DEPUTY CLERK'S INITIALS:＿＿＿SCL＿＿＿