```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

         HYON MORRISSETTE         vs.    A&W ALASKA, INC. ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO 3:04-CV-00017-RRB

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    RONALD OFFRET

                DEFENDANT:    JOHN E. HAVLOCK

PROCEEDINGS: TRIAL BY JURY-DAY 3 / VERDICT HELD 6/14/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:10 a.m. court convened without jury panel present.

Court and counsel heard re jury instructions and closing arguments.

At 9:15 a.m. the jury panel entered the courtroom.

Court addressed the jury panel.

Closing arguments heard.

At 10:15 a.m. court recessed until 10:22 a.m. without the jury panel present.

Court and counsel heard re jury instructions and verdict form.

At 10:23 a.m. court recessed until 10:29 a.m. without the jury panel present.

Court and counsel heard re jury instructions and verdict form.

At 10:31 a.m. the jury panel entered the courtroom.

Court read jury instructions and admonished the jury panel.

At 10:39 a.m. the jury panel exited the courtroom to begin deliberations.

                         Continued To Page 2


DATE:    June 14, 2007      DEPUTY CLERK'S INITIALS:      SCL

```
                    Continuation - Page 2
         Hyon Morrissette vs. A & W Alaska, Inc., et al
                         3:04-cv-00017-RRB
                      Trial by Jury - Day 3
                         June 14, 2007
```
----------------------------------------------------------------

Court and counsel heard re exhibits, playbacks and contact information.

At 10:43 a.m. court recessed until 1:40 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 1:42 p.m. the jury panel entered the courtroom.

Verdict published. Jury found in favor of the Plaintiff.

Jury polled; all answered in the affirmative.

At 1:44 p.m. court thanked and excused the jury panel.

At 1:45 p.m. court adjourned.

Jury Instructions and Verdict Form **FILED**.

List of Witnesses and Exhibits to be filed separately.

All admitted exhibits returned to counsel.

**OFF RECORD NOTE:** All admitted exhibits, blank jury notes, original jury instructions and original verdict form forwarded to the jury panel via the bailiff.

DATE:＿＿＿June 14, 2007＿＿＿    DEPUTY CLERK'S INITIALS:＿＿＿SCL＿＿＿