(Rev 6/07)

# LIST OF EXHIBITS

Case No. 3:04-CV-00017-RRB     Judge: **RALPH R. BEISTLINE**

Title     HYON MORRISSETTE

vs.

A & W ALASKA, INC., et al

Dates of Trial: June 12, 2007    Thru    June 14, 2007

Deputy Clerk/Recorder: Suzannette Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Ronald A. Offret | John E. Havlock |
|  |  |
|  |  |

---------EXHIBITS---------

## PLAINTIFF

| EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | ✓ | 6/12 | Agreement for sale of Business 11/02 |
| 2 | ✓ | 6/12 | Wells Fargo Copies of Checks |
| 3 | ✓ | 6/12 | Retail Facility Lease for Mt. View Shell |
| 4 | ✓ | 6/12 | Agreement for Sale of Business TT & Suzuki |
| 5 |  |  |  |
| 6 |  |  |  |
| 7 | ✓ |  | Letter dtd 9/2/02 From Daniel O'Phelan |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |

## DEFENDANT

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A |  |  |  |
| B |  |  |  |
| C |  |  |  |
| D |  |  |  |
| E |  |  |  |
| F |  |  |  |
| G |  |  |  |
| H |  |  |  |
| I | ✓ | 6/12 | Mutual Termination Agreement & Release |

Continuation List of Exhibits

Page: 2 of 3

Case No: 3:04-CV-00017-RRB      Judge: RALPH R. BEISTLINE

| \ | PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | ✓ | 6/12 | E-mails - Letters (pgs. 4, 6, 8) | | | | |
| 26 | ✓ | 6/12 | Defts Initial Disclosures Under Rule 26.1 (pgs 10-12) | | | | |
| 27 | ✓ | 6/12 | Wells Fargo Statements for Mt. View Shell - | | | | |
| 28 | ✓ | 6/12 | Order Granting Deft's Mtn for Possession of Business | | | | |
| 29 | | | | | | | |
| 30 | ✓ | 6/12 | Choe's Accounting Summary (8/5/02-12/31/02) | | | | |
| 31 | ✓ | 6/12 | Sam's Club receipts for cigar | | | | |

| Case No: 3:04-CV-00017-RRB | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 32 | ✓ | 6/12 | Costco receipts for cigarettes | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 1A | ✓ | 6/12 | Promissory note | | | | |
| 35 | ✓ | 6/12 | Newspaper ad | | | | |
| 36 | ✓ | 6/12 | Tax Return | | | | |
| 37 | ✓ | 6/12 | Monthly Report | | | | |