IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>A&W ALASKA INC.;<br>MT. VIEW SHELL, FOOD MART and<br>A&W RESTAURANT;<br>LISA SUZUKI; and<br>TERRY SUZUKI,<br><br>    Defendants. | Case No. 3:04-cv-0017-RRB<br><br>**VERDICT** |

We the jury, duly empaneled in the above-entitled case, answer the following questions:

    1.   Was the Defendant unjustly enriched?

    ANSWER:   Yes __X__    No _____

    If your answer is YES, then proceed to No. 2.

    If your answer is NO, then proceed no further and sign and return the verdict form.

    2.   Is Plaintiff entitled to restitution?

    ANSWER:   Yes __X__    No _____

    If your answer is YES, then proceed to No. 3.

If your answer is NO, then proceed no further and sign and return this form.

3. What is the amount of money awarded to Plaintiff as restitution, if any. This amount may not be greater than the amount of Defendant's unjust enrichment.

$ 231,760

DATED this 14 day of June, 2007.

**REDACTED SIGNATURE**
_____
JURY FOREPERSON  #7