Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:    (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>                    Plaintiff, | )<br>)  **PLAINTIFF'S**<br>)  **BILL OF COSTS**<br>) |
| vs.<br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A3:04-CV-0017 (RRB)<br>) |

JUDGMENT having been entered in the above-entitled action, in favor of Plaintiff HYON N. MORRISSETTE against DEFENDANTS A&W ALASKA, INC., LISA SUZUKI and TERRY SUZUKI, jointly and severally, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $250.00 |

Fees of the court reporter for all or
Any part of the transcript necessarily obtained
For use in the case:

| | |
|---|---|
| Mills & Lessard, Inc.<br>02/02/05 | $2,072.17 |
| Mills & Lessard, Inc.<br>08/29/05 | $ 115.90 |
| Midnight Sun Court Reporters<br>09/06/05 | $ 164.90 |
| Fees re transcript deposit:  U.S.D.C. 07/20/05 | $ 388.00 |

Compensation re expert witness:

| | |
|---|---|
| Han K. Choe, CPA | $ 810.00 |
| **Total Cost Request** | **$3,800.97** |

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to  JOHN E. HAVELOCK

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Ronald A. Offret, Alaska Bar # 7410096

**COSTS ARE TAXED in the amount of $**_____ **and included in the judgment.**

_____ **By** _____    _____

**Clerk of Court**        **Deputy Clerk**            **Date**

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00126186 - PS
July 20, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6855XX-D | 04-17 CV | | 388.00 CK |

TOTAL→        388.00

FROM: AGLIETTI & OFFRET
      TRANSCRIPT DEPOSIT
      A04-17 CV

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Aglietti & Offret | 9/6/2005 | 9/6/2005 | 39149 |
| Attn: Ronald A. Offret | | | |
| 733 W. 4th Avenue, Suite 206 | TERMS: | Due on receipt | |
| Anchorage, AK 99501 | | | |

CASE:    Morrissette vs A&W Alaska, Inc          DEPONENT:          Hyon Morrissette, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 96 | 1/26/2005 | SW | 158.40 |
| Delivery: Courier Service Fees | 1 | 8/30/2005 | BJS | 6.50 |
| Reference #360872 (Transcript Copy) | | | | |

TOTAL          $164.90

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501          REFERENCE:          AGLIETTI/Morrissette;#39149
(907) 258-7100
Tax ID #81-0620452

6/14/2007 5:50 PM FROM: Fax    TO: 279-5534    PAGE: 002 OF 002

## Han K. Choe, CPA, P.C.
### 555 W. Northern Lights Blvd. # 216, Anchorage, AK 99503
### 907-344-0025 (FAX) 907-344-5599

June 14, 2007

Hyun Morrissette
800 E. Dimond Blvd #119
Anchorage, AK 99515

Re: Accounting Service
     Morrissette vs. Suzuki

| Date | Descriptions | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 05/31/07 | May 2007 discuss case with attorney | 1 | $120/hr | $ | 120 |
| 06/11/07 | Review and prepared 2002 tax documents | 2 | $120/hr | | 240 |
| 06/13/07 | Standby and testify in court | 3 | $150/hr | | 450 |
| | New balance | | | $ | 810 |

Han K. Choe

cc:  Ron A. Offret, Attorney at Law

# INVOICE

MILLS & LESSARD, INC.
c/o Mills & Lessard, Inc.
Trust Account (FIN 91-1809642)
1218 Third Avenue, Suite 1709
Seattle, Washington 98101

Mr. Ronald A. Offret
Aglietti Offret & Woofter
733 W. 4th Avenue, Suite 206
Anchorage, AL 99501

Customer Code   OFFRERA001

| Date | Inv. Num. | Due Date |
|------|-----------|----------|
| 08/29/05 | ML100000079 | DUE ON RECEIPT |

| Ref. Num. | Description | | Amount |
|-----------|-------------|--|--------|
| | MORRISSETT v A & W ALASKA A 04-0017 CV RRB | | |
| M&L | Copy LISA SUZUKI | 1/13/2005 | 38.15 |
| M&L | Copy LISA SUZUKI V2 | 1/14/2005 | 16.45 |
| M&L | Copy TERRY SUZUKI | 1/14/2005 | 56.00 |
| M&L | Delivery | | 5.30 |

| | |
|--|--|
| Sub-Total | 115.90 |
| Tax | 0.00 |
| **Total** | **115.90** |

MAKE PAYABLE TO: MILLS & LESSARD, INC.

# INVOICE

MILLS & LESSARD, INC.
c/o Mills & Lessard, Inc.
Trust Account (FIN 91-1809642)
1218 Third Avenue, Suite 1709
Seattle, Washington 98101

Customer Code   OPHELD*001

Mr. Dan O'Phelan
Law Offices of Dan O'Phelan
12870 Old Seward Hwy., Ste. 105
Anchorage, Alaska 99515

| Date | Inv. Num. | Due Date |
|------|-----------|----------|
| 02/02/05 | JAN900000033 | DUE ON RECEIPT |

| Ref. Num. | Description | Amount |
|-----------|-------------|--------|
| | MORRISSETTE v A&W ALASKA | |
| | A04-0017 CV (RRB) | |
| FLOATE | Reporting LISA SUZUKI 1/13/05 | 182.00 |
| FLOATE | Transcript LISA SUZUKI 1/13/05 | 486.00 |
| M&L | Faxed pages LISA SUZUKI 1/13/05 | 54.00 |
| M&L | Delivery and Filing | 28.82 |
| FLOATE | Reporting TERRY SUZUKI 1/14/05 | 266.00 |
| FLOATE | Transcript TERRY SUZUKI 1/14/05 | 690.00 |
| M&L | Exhibits | 52.00 |
| M&L | Filing | 9.45 |
| FLOATE | Reporting LISA SUZUKI V2 1/14/05 | 84.00 |
| FLOATE | Transcript LISA SUZUKI V2 1/14/05 | 208.00 |
| M&L | Filing | 11.90 |

| | | |
|---|---|---|
| | Sub-Total | 2,072.17 |
| | Tax | 0.00 |
| | **Total** | **2,072.17** |

MAKE PAYABLE TO: MILLS & LESSARD, INC.