Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>   Plaintiff,<br><br>vs.<br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>   Defendants. | )<br>)<br>) **PLAINTIFF'S MOTION**<br>) **FOR ATTORNEY'S FEES**<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3: 04-cv-0017 (RRB)<br>) |

  COMES NOW PLAINTIFF, above-named, through counsel, and files this motion for attorney's fees in the above-referenced case.

  The Plaintiff is considered the prevailing party in this action based upon a jury verdict of $231,760.00 returned on June 14, 2007. The claim Plaintiff presented to the jury was an action under State law. Accordingly, the Court should look to State law in terms of an award for attorney's fees.

  Alaska Rule 82 awards attorney's fees to the prevailing party. Under Rule 82, the Court adheres to a fixed schedule in awarding attorney's fees on a money judgment. *See Rule 82(a) and (b), A.R.C.P.* The Court only departs from that schedule of fees when the litigation is complex or when based on vexatious and/or bad faith conduct.

  Also, Plaintiff sent an Offer of Judgment for $180,000.00 to Defendants on July 23, 2004 (see attached).

  Plaintiff claims no reason for departure from the well-established schedule of fees set forth in Rule 82.

  The attorney's fees are calculated on the total amount of 1) the jury verdict, and 2) plus pre-judgment interest:

| | |
|---|---|
| Jury Verdict | $231,760.00 |
| Pre-Judgment Interest | $ 42,116.00[1] |
| Total | $273,876.00 |

Attorney's Fees (Rule 82)
Contested, with Trial:

| | |
|---|---|
| First $25,000 = 20% | $  5,000.00 |
| Next $75,000 = 10% | $  7,500.00 |
| Next $173,876.00=10% | $ 17,387.60 |
| Total | $ 29,387.60 |

This amount is fair and reasonable under the circumstances.

The Plaintiff is considered the "prevailing party" within Rule 82 because she is successful with regard to the main issue in the action. *Cooper v. Carlson*, 511 P.2d 1305 (Alaska 1973). The purpose of Rule 82 is to partially compensate the prevailing party for costs and fees incurred where such compensation is justified. *Malvo v. J.C. Penney Co., Inc.*, 512 P.2d 575 (Alaska 973).

It is only when the trial court departs from the schedule of fees fixed by Rule 82 that the reasons for non-adherence need to appear in the record. *Patrick v. Sedwick*, 413 P.2d 169 (Alaska 1966). Also *Mullen v. Christiansen*, 642 P.2d 1345 (Alaska 1982).

The attorney fees award made pursuant to the schedule under Rule 82 are presumptively correct and the prevailing party bears no burden to justify such award. Thus, time and itemization of counsel's services are not required. *Babinec v. Yabuki*, 799 P.2d 1325 (Alaska 1990).

Counsel for Plaintiff is not in the habit of keeping track of hours and relies on the Rule 82 presumption. Attached hereto is Plaintiff's counsel's affidavit.

DATED this 19 day of June, 2007 at Anchorage, Alaska.

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Ronald A. Offret, Alaska Bar # 7410096

A copy of the above was served on John Havelock by the ECF system on the above date.

Ronald A. Offret

---

[1] See the interest calculation attached to the proposed judgment.

Law Office of Dan O'Phelan
12870 Old Seward Highway, Suite 105
Anchorage, Alaska 99515
Telephone: 907-336-2111
Facsimile: 907-336-1119

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>A& W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>AND A & W RESTAURANT;<br>LISA SUZUKI and TERRY SUZUKI<br><br>    Defendants. | Case No. A04-0017 CV (RRB)<br><br>**OFFER OF JUDGMENT** |

Pursuant to AK Rule of C.V. Procedure, and AS 09.30.065, the Plaintiff, HYON N. MORRISSETTE, hereby offers to allow entry of judgment in her favor by the Defendants, A& W ALASKA INC., MTN. VIEW SHELL, FOOD MART AND A & W RESTAURANT, LISA SUZUKI and TERRY SUZUKI, in the amount of ONE HUNDRED AND EIGHTY THOUSAND DOLLARS and no/100 ($180,000.00). This is an offer of compromise only, and is not to be construed as an admission in any respect.

Dated: 7-23-04

Dan O'Phelan
ABA#0006039

Certificate of Service
I certify on 7-22-04, I served a true
and correct copy of the foregoing on:

John Havelock
Ely & Havelock
632 Christensen Drive, Suite 100
Anchorage, AK 99501
907-258-9053

Anna Petyuk
Paralegal

1