Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:   (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>    Plaintiff,<br><br>vs.<br><br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A3:04-CV-0017 (RRB)<br>) |

## PROPOSED JUDGMENT

This action came on for trial before the Court and a jury, Honorable Ralph R. Beistline, U.S. District Court Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged:

That Plaintiff HYON N. MORRISSETTE recover from Defendants A&W ALASKA, INC., LISA SUZUKI and/or TERRY SUZUKI, jointly and severally, the sum of $231,760.00, with prejudgment interest in the amount of $42,116.00[1] and costs of action in the amount of $_____; and attorney's fees of $_____ for a final judgment of $_____. Post-judgment interest thereon is at the rate of 5.26%.

LET EXECUTION ISSUE.

_____          _____
Date                                           CLERK, U.S. District Court

---

[1] See attached interest calculation sheet

Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:   (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>    Plaintiff,<br><br>vs.<br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A3:04-CV-0017 (RRB) |

### INTEREST CALCULATION

Post-judgment interest from January 1, 2004[2] to June 15, 2007 is:

$231,760.00   x   5.26%   ÷   365   x   1,261   =   $42,116.00
Judgment Amt.   Post Judgment                    # Days
                Interest Rate

DATED this 19 day of June, 2007 at Anchorage, Alaska.

    AGLIETTI, OFFRET & WOOFTER
    Attorneys for Plaintiff

    /s/ Ronald A. Offret
    Ronald A. Offret, Alaska Bar #7410096

---

[2] January 1, 2004 is the date when Plaintiff's cause of action is deemed to have commenced.