John E. Havelock, AK Bar No. 6101006
Law Offices of John Havelock
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
fax (907)258-9053
jehavelock@yahoo.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,          )<br>                                                 )<br>                    Plaintiff       )<br>vs.                                            )<br>                                                 )<br>A&W ALASKA INC, et al.        )<br>                                                 )<br>                    Defendants )<br>_____) | **MOTION FOR JUDGMENT ON DIRECTED VERDICT, JUDGMENT N.O.V. OR IN ALTERNATIVE FOR NEW TRIAL**<br><br>Case No. A3:04-cv-0017 (RRB) |

At the close of plaintiff's evidence, the defendant moved orally for a directed verdict which defendant believes was taken under advisement at that time. Defendant moves now also, as indicated orally when the jury verdict was received for Judgment Notwithstanding the Verdict.   In the alternative, defendant moves for a new trial on the grounds that a new trial is required in the interest of justice.

This motion is supported by a Memorandum filed herewith.

Dated this 21st day of June, 2007.

          /s/ John Havelock
   Alaska Bar No. 6101006
   Attorney for Defendants

Certificate of Service
A copy of the foregoing motion and the proposed order was served on Ronald Offret by the ECF on the above date.
   /s/ Janet Rader

John E. Havelock, AK Bar No. 6101006
Law Offices of John Havelock
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
fax (907)258-9053
jehavelock@yahoo.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br><br>               Plaintiff<br>vs.<br><br>A&W ALASKA INC, et al.<br><br>              Defendants | **ORDER ON DEFENDANTS'<br>MOTION FOR JUDGMENT<br>ON DIRECTED VERDICT,<br>JUDGMENT N.O.V. OR IN<br>ALTERNATIVE FOR NEW TRIAL**<br><br>Case No. A3:04-cv-0017 (RRB) |

The motion of the defendant for a directed verdict in his favor at the end of the plaintiff's evidence is granted.

The motion of the defendant for judgment in favor of the defendant, notwithstanding the verdict of the jury, is granted.

Dated this _____ day of _____, 2007.

_____
Honorable Ralph R. Beistline
U.S. District Judge