Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:   (907) 279-5534

### UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,      )<br>　　　　Plaintiff,            )<br>                                       )<br>vs.                                   )<br>A&W ALASKA INC.;           )<br>MTN. VIEW SHELL, FOOD MART )<br>And A&W RESTAURANT;       )<br>LISA SUZUKI,                    )<br>TERRY SUZUKI,                 )<br>　　　　Defendants.          )<br>_____) | Case No. 3: 04-cv-0017 (RRB) |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

STATE OF ALASKA             )
                                            )ss.
THIRD JUDICIAL DISTRICT  )

　　I, Ronald A. Offret, being first duly sworn upon oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of Alaska and have been since October of 1974.

2. I undertook representation of Plaintiff in June, 2005, after her then-attorney, Dan O'Phelan, withdrew from the case. At that time, Judge Beistline had granted summary judgment and a final judgment was entered dismissing Plaintiff's action.

3. Plaintiff's then-attorney O'Phelan had filed a notice of appeal and left the State.

4. I have represented Plaintiff since that time, through the 9th Circuit Court of Appeals case, including argument, and this jury trial. Most of my fees are

either flat fees or contingency fees. In this case, I have a contingency fee agreement with the Plaintiff. It is not my habit to keep track of hours when I am working on a contingency fee case.

5. My normal hourly rate is between $200 - $250. In this instance the Rule 82 fee of $29,380.00 would only represent 150 hours of my time. I believe I have expended more than 150 hours on this case. Accordingly the request for fees is less than what would normally be requested if calculated on an hourly basis.

6. I believe the fee calculation under Rule 82 is fair and reasonable under the circumstances and is considerably less than if I were to have charged my normal rate of $200-$250 per hour.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Ronald A. Offret

SUBSCRIBED and SWORN to before me this 25th day of June, 2007 at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 5/5/08

A copy of the above was served on John Havelock by the ECF system on the above date.

_____
Ronald A. Offret

Affidavit of Ronald A. Offret
In Support of Motion for Attorney's Fees
3:04-cv-0017 RRB
Page 2 of 2