```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

HYON N. MORRISSETTE,
      Plaintiff,

                                          Case Number 3:03-cv-00017-RRB

v.

A&W ALASKA, INC.;
MOUNTAIN VIEW SHELL,
FOOD MART AND A&W
RESTAURANT; LISA SUZUKI
and TERRY SUZUKI
      Defendants.                  **JUDGMENT IN A CIVIL CASE**

 XX  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       IT IS ORDERED AND ADJUDGED:

       THAT plaintiff Hyon N. Morrisette recover from the defendants A&A Alaska, Inc, Lisa Suzuki and/or Terry Suzuki jointly and severally the sum of $231,760.00.

APPROVED:

 s/RALPH R. BEISTLINE_____
RALPH R. BEISTLINE
United States District Judge

_____
Date: June 20, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*
                                        IDA ROMACK
                                     Ida Romack, Clerk of Court

[304-CV-17-RRB Proposed Judgment.wpd]{JMT2.WPT*Rev.3/03}