John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HYON N. MORRISSETTE, | ) | AO4-0017 CV (RRB) On Remand |
| | ) | |
| Plaintiff, | ) | **MOTION FOR EXTENSION OF** |
| vs. | ) | **TIME TO FILE REPLY BRIEF TO** |
| | ) | **OPPOSITION TO MOTION FOR** |
| A&W ALASKA INC., et al. | ) | **JUDGMENT ON DIRECTED** |
| | ) | **VERDICT, FOR JUDGMENT N.O.V.** |
| Defendants. | ) | **OR IN THE ALTERNATIVE FOR A** |
| | ) | **NEW TRIAL** |

There are serious issues to be addressed in the Opposition filed in this case that call for a complete review of the trial record, which defendants have ordered. The time for this Reply to be developed has also fallen over the Fourth of July and its attendant holiday time.

Accordingly, the defendants ask for an extension of the time in which it may file a Reply brief of ten days.

Dated this 6th day of July, 2007.

    s/John Havelock
Alaska Bar # 6101006
Attorney for Defendants

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO OPPOSITION TO MOTION FOR JUDGMENT ON DIRECTED VERDICT, FOR JUDGMENT

MORRISSETTE V. A&W, et al.            Page 1 OF 1            MOTION FOR EXTENSION OF TIME TO
CASE NO. A04-0017 CV (RRB)                                   FILE REPLY BRIEF TO OPPOSITION TO
                                                             MOTION FOR JUDGMENT ON
                                                             DIRECTED VERDICT, FOR JUDGMENT
                                                             N.O.V.  OR IN THE ALTERNATIVE FOR
                                                             A NEW TRIAL

N.O.V. OR IN THE ALTERNATIVE FOR A NEW TRIAL was served electronically this 6th day of July, 2007 on the following: RONALD OFFRET @ raoffret@yahoo.com
By:     s/Janet Rader

MORRISSETTE V. A&W, et al.        Page 1 OF 1        MOTION FOR EXTENSION OF TIME TO
CASE NO. A04-0017 CV (RRB)                           FILE REPLY BRIEF TO OPPOSITION TO
                                                         MOTION FOR JUDGMENT ON
                                                     DIRECTED VERDICT, FOR JUDGMENT
                                                     N.O.V. OR IN THE ALTERNATIVE FOR
                                                                         A NEW TRIAL

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HYON N. MORRISSETTE,<br><br>    Plaintiff,<br>vs.<br><br>A&W ALASKA INC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | AO4-0017 CV (RRB) On Remand<br><br>**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO OPPOSITION TO MOTION FOR JUDGMENT ON DIRECTED VERDICT, FOR JUDGMENT N.O.V. OR IN THE ALTERNATIVE FOR A NEW TRIAL** |

Defendants are given until July 16 to file their Reply brief.

Dated this _____ day of July, 2007.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

MORRISSETTE V. A&W, et al.      Page 1 OF 1      PROPOSED ORDER ON MOTION FOR
CASE NO. A04-0017 CV (RRB)                       EXTENSION OF TIME TO FILE REPLY
                                                 BRIEF TO OPPOSITION TO MOTION
                                                 FOR JUDGMENT ON DIRECTED
                                                 VERDICT, FOR JUDGMENT N.O.V.  OR
                                                 IN THE ALTERNATIVE FOR A NEW
                                                 TRIAL