Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:    (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE, ) | **SUPPLEMENT TO** |
| Plaintiff, ) | **PLAINTIFF'S** |
| ) | **BILL OF COSTS** |
| vs. ) | |
| A&W ALASKA INC.; ) | |
| MTN. VIEW SHELL, FOOD MART ) | |
| And A&W RESTAURANT; ) | |
| LISA SUZUKI, ) | |
| TERRY SUZUKI, ) | |
| Defendants. ) | Case No. A3:04-CV-0017 (RRB) |
| ) | |

Plaintiff HYON N. MORRISSETTE files this supplement to the Motion for Bill of Costs (Docket No. 149). This supplement includes the following additional costs:

<u>Three (3) Parking Receipts: Diamond Parking</u>
| | | |
|---|---|---|
| Parking June 12 | Trial | $ 8.00 |
| Parking June 13 | Trial | $15.00 |
| Parking June 14 | Trial | $ 5.00 |

| | | |
|---|---|---|
| <u>Alaska Legal Copy</u> | Trial Exhibits | $174.70 |

Plaintiff supplements costs previously submitted by including the cost item biling and proof of payment thereon:

| | |
|---|---|
| Fees of the Clerk | $250.00 |

Fees of the court reporter for all or
Any part of the transcript necessarily obtained
For use in the case:

| | |
|---|---|
| Mills & Lessard, Inc. 02/02/05 | $2,072.17 |
| Mills & Lessard, Inc. 08/29/05 | $ 115.90 |

| | |
|---|---|
| Midnight Sun Court Reporters 09/06/05 | $ 164.90 |
| Fees re transcript deposit: U.S.D.C. 07/20/05 | $ 388.00 |

Compensation re expert witness:

| | |
|---|---|
| *Han K. Choe, CPA<br>*Unpaid | $ 810.00 |
| **Total Cost Request** | **$4,003.67** |

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to JOHN E. HAVELOCK

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

July 11, 2007
07/11/07                    Ronald A. Offret, Alaska Bar # 7410096

**COSTS ARE TAXED in the amount of $_____ and included in the judgment.**

_____ By _____ _____
**Clerk of Court**    **Deputy Clerk**    **Date**

```
                              UNITED STATES
                              DISTRICT COURT
                              District of Alaska
                              Anchorage Division

                           # 00126186 - PS
                             July 20, 2005

                    Code    Case #    Qty      Amount

                    6855XX-D 04-17 CV                388.00 CK


                           TOTAL→            388.00


                       FROM: AGLIETTI & OFFRET
                             TRANSCRIPT DEPOSIT
                             A04-17 CV
```

**AGLIETTI & OFFRET**                                                    **08955**

| Date | Description | Net Amt |
|---|---|---|
| 07/18/05 | TRANS. MORRISSETTE | 388.00 |

A04-0017 CV (RBB)

Payee  US CLERK OF COURT         Check  8955         NET CHECK
                                 Date   07/18/05         388.00

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com



| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Aglietti & Offret<br>Attn: Ronald A. Offret<br>733 W. 4th Avenue, Suite 206<br>Anchorage, AK 99501 | 9/6/2005 | 9/6/2005 | 39149 |

TERMS: Due on receipt

| CASE: | Morrissette vs A&W Alaska, Inc | | DEPONENT: | Hyon Morrissette, Vol. I | |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| One Copy of Transcript | | 96 | 1/26/2005 | SW | 158.40 |
| Delivery: Courier Service Fees<br>Reference #360872 (Transcript Copy) | | 1 | 8/30/2005 | BJS | 6.50 |

TOTAL   $164.90

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501     REFERENCE:     AGLIETTI/Morrissette;#39149
(907) 258-7100
Tax ID #81-0620452

**AGLIETTI & OFFRET**

09134

| PO Num | Invoice | Inv Date | Inv Amt | Amt Paid | Disc Amt | Net Amt |
|---|---|---|---|---|---|---|
| | 39149 | 09/06/05 | 164.90 | 164.90 | 0.00 | 164.90 |

| | | | |
|---|---|---|---|
| Vendor 2218 | MIDNIGHT SUN COURT REPORTERS | Check 9134<br>Date  09/21/05 | NET CHECK<br>164.90 |

PRODUCT 9039 USE WITH 9380 DU-O-VUE ENVELOPE.

**Han K. Choe, CPA, P.C.**
555 W. Northern Lights Blvd. # 216, Anchorage, AK 99503
907-344-0025  (FAX) 907-344-6599

June 14, 2007

Hyun Morrissette
800 E. Dimond Blvd #119
Anchorage, AK 99515

Re: Accounting Service
    Morrissette vs. Suzuki

| Date | Descriptions | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/31/07 | May 2007 discuss case with attorney | 1 | $120/hr | $ 120 |
| 06/11/07 | Review and prepared 2002 tax documents | 2 | $120/hr | 240 |
| 06/13/07 | Standby and testify in court | 3 | $150/hr | 450 |
|  | New balance |  |  | $ 810 |

*[signature]*

Han K. Choe

cc:  Ron A. Offret, Attorney at Law

# INVOICE

MILLS & LESSARD, INC.
c/o Mills & Lessard, Inc.
Trust Account (FIN 91-1809642)
1218 Third Avenue, Suite 1709
Seattle, Washington 98101

Mr. Ronald A. Offret
Aglietti Offret & Woofter
733 W. 4th Avenue, Suite 206
Anchorage, AL 99501

Customer Code    OFFRERA001

| Date | Inv. Num. | Due Date |
|---|---|---|
| 08/29/05 | ML100000079 | DUE ON RECEIPT |

| Ref. Num. | Description | | Amount |
|---|---|---|---|
| | MORRISSETT v A & W ALASKA  A 04-0017 CV RRB | | |
| M&L | Copy LISA SUZUKI | 1/13/2005 | 38.15 |
| M&L | Copy LISA SUZUKI V2 | 1/14/2005 | 16.45 |
| M&L | Copy TERRY SUZUKI | 1/14/2005 | 56.00 |
| M&L | Delivery | | 5.30 |

| | | |
|---|---|---|
| | Sub-Total | 115.90 |
| | Tax | 0.00 |
| | Total | 115.90 |

MAKE PAYABLE TO: MILLS & LESSARD, INC.

# INVOICE

MILLS & LESSARD, INC.
c/o Mills & Lessard, Inc.
Trust Account (FIN 91-1809642)
1218 Third Avenue, Suite 1709
Seattle, Washington 98101

Mr. Dan O'Phelan
Law Offices of Dan O'Phelan
12870 Old Seward Hwy., Ste. 105
Anchorage, Alaska 99515

Customer Code   OPHELD*001

| Date | Inv. Num. | Due Date |
|---|---|---|
| 02/02/05 | JAN900000033 | DUE ON RECEIPT |

| Ref. Num. | Description | Amount |
|---|---|---|
| | MORRISSETTE v A&W ALASKA | |
| | A04-0017 CV (RRB) | |
| FLOATE | Reporting LISA SUZUKI 1/13/05 | 182.00 |
| FLOATE | Transcript LISA SUZUKI 1/13/05 | 486.00 |
| M&L | Faxed pages LISA SUZUKI 1/13/05 | 54.00 |
| M&L | Delivery and Filing | 28.82 |
| FLOATE | Reporting TERRY SUZUKI 1/14/05 | 266.00 |
| FLOATE | Transcript TERRY SUZUKI 1/14/05 | 690.00 |
| M&L | Exhibits | 52.00 |
| M&L | Filing | 9.45 |
| FLOATE | Reporting LISA SUZUKI V2 1/14/05 | 84.00 |
| FLOATE | Transcript LISA SUZUKI V2 1/14/05 | 208.00 |
| M&L | Filing | 11.90 |

| | |
|---|---|
| Sub-Total | 2,072.17 |
| Tax | 0.00 |
| Total | 2,072.17 |

MAKE PAYABLE TO: MILLS & LESSARD, INC.

**AGLIETTI & OFFRET • TRUST ACCOUNT**　　　　　　　　　　　　　　　　　　**1016**

Date            Description                                               Net Amt
08/29/05        MORRISSETTE                                               2188.07


Payee MILLS & LESSARD INC.                Check 1016        NET CHECK
                                          Date  08/29/05    2188.07

*LaserOne*  MULTI-USE CHECK 26841B    RAPIDFORMS, INC., 301 GROVE ROAD, THOROFARE, N.J. 08086-9499   CALL TOLL FREE 800-257-8354; FAX 1-800-451-8113  COMPATIBLE ENVELOPE CHENV   H86   S0596



# Alaska Legal Copy

# Invoice

RECEIVED
MAY 2 2 2007

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

| DATE | INVOICE # |
|---|---|
| 5/22/2007 | 226640 |

| BILL TO | SHIP TO |
|---|---|
| Aglietti, Offret, & Woofter<br>733 W. 4th. Ave., #206<br>Anchorage, AK  99501 | Same<br>Attn: Grace<br>279-8657 |

*[handwritten: JR A7077 C005]*

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RH |  | 7077.C005 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 115 | 8.5 x 11; three or more set price, litigation | 1,359 | 0.069 | 93.77 |
| 661 | Tabs; inserted only | 102 | 0.38 | 38.76 |
| 730 | 3-hole drilling; $2.50 Minimum Charge | 1,461 | 0.005 | 7.31 |
| 570 | 3" 3-Ring Binders | 3 | 11.62 | 34.86 |

*Thank You!*

Signature:

| Total | $174.70 |
|---|---|

| PO Num | Invoice | Inv Date | Inv Amt | Amt Paid | Disc Amt | Net Amt |
|---|---|---|---|---|---|---|
| | 226640 | 05/22/07 | 174.70 | 174.70 | 0.00 | 174.70 |

Vendor 1097    ALASKA LEGAL COPY

Check 10851
Date  07/06/07

NET CHECK
174.70

RODUCT LM120   USE WITH 9380 ENVELOPE   RAPIDFORMS 1-800-257-8354 or www.rapidforms.com   PRINTED IN USA

AGLIETTI, OFFRET & WOOFTER  Case 3:04-cv-00017-RRB   Document 162   Filed 07/11/2007   Page 11 of 13   10851




# Alaska Legal Copy, Inc.

900 W. 5th Avenue
Anchorage, Alaska 99501
(907) 274-2665

| | | |
|---|---|---|
| CHARGE TO: Agnew::Beck / Woocher | | Date: 05/21/07 |
| ADDRESS: 138 W 4th Ave, Anch, AK 99501 | | Date Project Needed: 05/22/07 *before Noon* |
| CONTACT PERSON: Gaye | PH: 279-8650 | |
| CLIENT MATTER NO: 1011 COOK | ACCOUNT NO: | TERMS: NET 30 DAYS |
| TELEPHONE: 272-1265 | | FOR PICK UP: |

| | | | | |
|---|---|---|---|---|
| NUMBER OF CARTONS: | | RESTAPLE ORIGINALS: | STAPLE COPIES: | X |
| NUMBER OF COPIES REQUIRED: | 3 | 2 HOLE DRILL: | 3 HOLE DRILL: | X |
| COPY ALL: | | PLASTIC COMB BINDING: | ACCO BIND: | |
| COPY PARTIAL: | | VELO BIND: | SCREW POST: | |
| COPY BOOK SIDES: | | **MIRROR COPY** | | |
| REDUCE 8 1/2 X 14 TO 8 1/2 X 11 | | | | |
| | | | DOCUMENT SCANNING: | |
| FULL SPECTRUM COLOR COPYING | | CONTINUOUS COMPUTER FORMS | BATES STAMPING: | |
| COPIES PER ORIGINAL | | REDUCE TO 8 1/2 X 11 | BEG NO: | |
| PAPER SIZE | | | CONSECUTIVE NUMBERING | |
| | | | END NO: | |
| | | REPRODUCTION OF: | | |
| | | | | |
| | | ENLARGED TO: | | |
| PRICE | | MOUNT ON FOAMCORE | | |
| MOUNT ON FOAMCORE | | | | |

*Certain jobs may require "Special Handling." Additional charges may apply.*

### SPECIAL INSTRUCTIONS

please provide us with 3 copies of these exhibits with tabs numbering them from 1-34

put in binders (called Sharon @ 4:35 pm)

## AGLIETTI, OFFRET & WOOFTER
### INTEROFFICE MEMORANDUM

TO: HELEN MORRISSETTE FILE   # 7077.0005
FROM: R.A. OFFRET
SUBJECT: REIMBURSEMENT
DATE: JUNE 19, 2007
CC:

I attach 3 parking receipts for $28.00.

Please write me a check and put this on Helen's cost bill.


