Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:    (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) |
| A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. A3:04-CV-0017 (RRB)<br>) |

### NOTICE OF COST BILL HEARING

Hearing on Plaintiff's Costs shall be held on Wednesday, July 18, 2007, at 9:00 o'clock a.m. before Deputy Clerk of Court Carolyn Bollman.

All parties are to participate telephonically; with each party to call 677-6246[1] at 9:00 o'clock a.m.

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

07/12/07

Ronald A. Offret, Alaska Bar # 7410096

On July 12, 2007 Notice of Cost Bill hearing will be electronically mailed to:
John Havelock     jehavelock@yahoo.com

---

[1] If there are telephone system options, choose *Meet Me Bridge A*