Ronald A. Offret, AK Bar # 7410096
Aglietti, Offret & Woofter
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Telephone:   (907) 279-8657
Facsimile:   (907) 279-5534

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>    Plaintiff,<br><br>vs.<br><br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br>LISA SUZUKI,<br>TERRY SUZUKI,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3: 04-cv-0017 (RRB)<br>) |

### ORDER DENYING MOTION FOR
### JUDGMENT ON DIRECTED VERDICT,
### JUDGMENT N.O.V.
### AND DENYING MOTION FOR A NEW TRIAL

THIS MATTER having come before this Court upon Defendants' motion and PLAINTIFF MORRISSETTE having filed opposition thereto and good cause appearing:

IT IS HEREBY ORDERED:

DEFENDANTS' motion for Judgment on Directed Verdict; and Judgment NOV is DENIED; and,

IT IS FURTHER ORDERED:

Defendants' motion for a new trial is DENIED.

July 16, 2007
Date                              U.S. District Court Judge

A copy of the above was served on
John Havelock by the ECF system on
June 28, 2007.
Ronald A. Offret