# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>HYON MORRISETTE</u>  v.  <u>A&W ALASKA, INC. et al</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  <u>3:04-cv-00017-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **CLERK'S TAXATION OF COSTS**          DATE: July 18, 2007

      Clerk's Costs Hearing was held July 18, 2007 at 9:00 a.m. Counsel for plaintiff appeared telephonically. Counsel for defendant did not appear.

      Costs were taxed as follows:  Fees of the Clerk in the amount of $250.00 under D.Ak.LR 54.1(e)(1). Deposition and transcripts in the amounts of $2,072.17, $115.90, and $164.90 under D.Ak.LR 54.1(e)(3). Appeal transcript is taxable in the amount of $388.00 under D.Ak.LR(e)(2)(A).  Exemplification of copies in the amount of $174.70 is taxable under D.Ak.LR 54.1(e)(5).

      Request for parking fees was withdrawn by plaintiff. Expert witness fees are not taxable in a greater amount than statutorily allowable for ordinary witnesses.  Plaintiff's request was reduced to $80.00 under D.Ak.LR 54.1(e)(4)(C)(ii).

      Totals costs taxed by Clerk are  $3,245.67.  Counsel's attention is directed to F.R. Civ.P.54 for review of taxation of costs.

[ ]{CLERKNOT.WPD*Rev.12/97}