## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

HYON N. MORRISSETTE,
          Plaintiff,

                                        Case Number 3:03-cv-00017-RRB

v.

A&W ALASKA, INC.;
MOUNTAIN VIEW SHELL,
FOOD MART AND A&W
RESTAURANT; LISA SUZUKI
and TERRY SUZUKI
          Defendants.                   **JUDGMENT IN A CIVIL CASE**


  _XX_  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


          IT IS ORDERED AND ADJUDGED:

          THAT plaintiff Hyon N. Morrisette recover from the defendants A&A Alaska, Inc, Lisa Suzuki and/or Terry Suzuki jointly and severally the sum of $231,760.00.

Costs taxed in the amount of $3,245.67.
Clerk's taxation of costs at Docket 166.
APPROVED:


s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge


Date: June 20, 2007                              IDA ROMACK

*NOTE: Award of prejudgment interest,*          Ida Romack, Clerk of Court
*costs and attorney's fees are governed*
*by D.Ak. LR 54.1, 54.3, and 58.1.*



[304-CV-17-RRB Proposed Judgment.wpd]{JMT2.WPT*Rev.3/03}