# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

    MORRISSETTE   v.   A&W ALASKA, INC., et al.

DATE:   July 20, 2007   CASE NO.   3:04-cv-0017-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING ATTORNEY FEES**

---

Before the Court is Plaintiff's unopposed Motion for Attorney's Fees at Docket 150. Prevailing party attorney fees in this matter are awarded in favor of Plaintiff and against Defendants, pursuant to Alaska Civil Rule 82, in the amount of $29,387.60.

M.O. GRANTING ATTORNEY FEES