**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

HYON N. MORRISSETTE,
     Plaintiff,

Case Number *3:04-CV-00017-RRB*

v.

A&W ALASKA, INC.;
MOUNTAIN VIEW SHELL,
FOOD MART AND A&W RESTAURANT;
LISA SUZUKI and TERRY SUZUKI,    **\*\*AMENDED\*\***
     Defendant.              **JUDGMENT IN A CIVIL CASE**

__XX__ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     IT IS ORDERED AND ADJUDGED:

that Plaintiff **Hyon N. Morrisette**, recover of defendants A&W Alaska, Inc., Lisa Suzuki and/or Terry Suzuki jointly and severally the sum of $$231,760.00, attorney's fees in the amount of $29,387.60 and plaintiff's cost of action in the amount of $3,245.67 for a total judgment of $_264,393.27._____

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:

s/RALPH R. BEISTLINE                   IDA ROMACK
RALPH R. BEISTLINE             Ida Romack, Clerk of Court
United States District Judge
Date: August 2, 2007

[Jmt1-with fees and costs-revised 1-30-06]