John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,        ) | |
|                             ) | |
|     Plaintiff,              ) | |
| vs.                         ) | AO4-0017 CV (RRB) On Remand |
|                             ) | |
| A&W ALASKA INC., MOUNTAIN VIEW ) | **NOTICE OF APPEAL** |
| SHELL, FOOD MART AND A&W    ) | |
| RESTAURANT, LISA SUZUKI, and ) | |
| TERRY SUZUKI                ) | |
|     Defendants.             ) | |

Notice is hereby given that all defendants A&W ALASKA INC., MOUNTAIN VIEW SHELL, FOOD MART AND A&W RESTAURANT, LISA SUZUKI, and TERRY SUZUKI appeal to the United States Court of Appeals for the Ninth Circuit from the ORDER DENYING MOTION FOR JUDGMENT ON DIRECTED VERDICT, JUDGMENT N.O.V., AND DENYING MOTION FOR A NEW TRIAL dated July 17, 2007 (Document 167), and from the JUDGMENT, Doc. 160 filed July 6, 2007, and Doc. 169 filed August 2, 2007.

Dated this 3rd day of August, 2007.

                                              s/John Havelock
                                              John Havelock
                                              Alaska Bar # 6101006
                                              Attorney for Defendants

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing NOTICE OF APPEAL was served electronically this 3rd day of August, 2007 on the following:

RONALD OFFRET
raoffret@yahoo.com

By:     s/John Havelock