UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM



RECEIVED
SEP 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

U.S. Court of Appeals # **No. 07-35688**   U.S. District Court # **CV-04-00017-RRB**

Short Case Title **MORRISSETTE v. A & W ALASKA Inc., et al.**

Date Notice of Appeal Filed by Clerk of District Court **8/14/07**

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 6/12/07 - 6/14/07 | Suzannette Lucero | VOIR DIRE |
| " | " | OPENING STATEMENTS |
| " | " | SETTLEMENT INSTRUCTIONS |
| " | " | CLOSING ARGUMENTS |
| " | " | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER **ENTIRE TRIAL** |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(X) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **6/14/07**   Estimated Date for Completion _____

Signature of Attorney _____   Phone Number **(907) 276-1916**

Address **632 Chistensen Dr., Ste. 100, Anchorage, AK 99501**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____