UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 6 3 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYON N. MORRISSETTE,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>A&W ALASKA, INC.; et al.,<br><br>Defendants - Appellants. | No. 07-35688<br><br>D.C. No. CV-04-00017-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**
OCT 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The court is in receipt of the parties' Joint Motion to Remand to the U.S. District Court for the District of Alaska to approve and implement the pending settlement. The motion is granted. Cir. R. 27-7(53).

The parties shall bear their own costs on appeal.

The assessment conference scheduled for October 22, 2007, is cancelled.

**REMANDED**.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 3 - 2007

Lisa J. Evans
Circuit Mediator

**Signature Redacted**

INTERNAL USE ONLY: Proceedings include all events.
07-35688 Morrissette v. A&W Alaska, Inc., et al

| | |
|---|---|
| HYON N. MORRISSETTE<br>    Plaintiff - Appellee | Ronald A. Offret, Esq.<br>FAX 907/279-5534<br>907/279-8657<br>Suite 206<br>[COR LD NTC ret]<br>AGLIETTI & OFFRET<br>733 W. 4th Avenue<br>Anchorage, AK 99501 |

  v.

| | |
|---|---|
| A&W ALASKA, INC.<br>    Defendant - Appellant | John E. Havelock, Esq.<br>FAX 907/258-9053<br>907/276-1916<br>Suite 100<br>[COR LD NTC ret]<br>LAW OFFICES OF JOHN HAVELOCK<br>632 Christensen Dr.<br>Anchorage, AK 99501 |
| MOUNTAIN VIEW SHELL, FOOD MART<br>AND A&W RESTAURANT<br>    Defendant - Appellant | John E. Havelock, Esq.<br>(See above)<br>[COR LD NTC ret] |
| LISA SUZUKI<br>    Defendant - Appellant | John E. Havelock, Esq.<br>(See above)<br>[COR LD NTC ret] |
| TERRY SUZUKI<br>    Defendant - Appellant | John E. Havelock, Esq.<br>(See above)<br>[COR LD NTC ret] |