UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

HYON N. MORRISSETTE, )
    Plaintiff, )
vs. )
  )
LISA SUZUKI, TERRY SUZUKI, )
A&W ALASKA INC.; )
MTN. VIEW SHELL, FOOD MART )
And A&W RESTAURANT; )
  )
    Defendants. ) Case No. A3:04-CV-0017 (RRB)
_____)

### MOTION TO DISMISS WITH PREJUDICE

The parties having reached an agreement for the settlement of this case, the form of agreement being attached to this motion, and the settlement agreement requiring that the underlying case be dismissed, the parties jointly move that this court dismiss the action provided only that the case may be reopened on application of the plaintiff for the purpose of enforcement of this agreement in the event that defendants fail to meet the terms of the settlement agreement.

LAW OFFICES OF JOHN HAVELOCK
Attorneys for Defendants

Sept 10 2007
Dated

John E. Havelock, AK Bar # 6101006

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Sept. 10, 2007
Dated

Ronald A. Offret, AK Bar #7410096

LAW OFFICES OF
JOHN HAVELOCK
632 CHRISTENSEN DRIVE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-1916

MORRISSETTE V. A&W, ET AL.    Page 1 of 1    MOTION TO DISMISS WITH
A3:04-CV-0017 (RRB)    PREJUDICE