## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

HYON N. MORRISSETTE, )
      Plaintiff, )
vs. )
  )
LISA SUZUKI, TERRY SUZUKI, )
A&W ALASKA INC.; )
MTN. VIEW SHELL, FOOD MART )
And A&W RESTAURANT; )
  )
      Defendants. ) Case No. A3:04-CV-0017 (RRB)
  )

### STIPULATED SETTLEMENT

COME NOW the parties hereto, and their attorneys, Ronald A. Offret for Plaintiff, and John E. Havelock for Defendants, and agree as follows:

WHEREAS a trial by jury was held in this matter and judgment in the amount of $231,760.00 was entered against Defendants. Attorney's fees and costs were also added, for a total judgment of $264,393.27.

The Defendants have filed a Notice of Appeal with the 9th Circuit Court of Appeals.

The parties wish to resolve their difference and agree as follows:

1. The parties will jointly apply to the Ninth Circuit Court of Appeals for a remand of the case to the U.S. District Court for the District of Alaska so that this settlement may be fully implemented. The form of the application shall be substantially as set out in attachment A to this agreement or in such other form as the court may require to carry out the agreement.

2. Upon remand, the parties will jointly apply to the District Court for a dismissal of the action with prejudice, provided only that the case may be reopened on application of the plaintiff for the enforcement of this agreement in the event that Defendants fail to meet the terms of the settlement agreement. The form of the application shall be substantially as set out in Attachment B to this agreement or in such other form as the court may require to carry out the agreement.

3. Defendants agree not to transfer, sell or refinance any of their assets until all the payments provided for in this agreement have been made.

4. Defendants agree to make a payment in the aggregate amount of $175,000 without interest according to the schedule herein indicated as to amount and on or before the dates indicated. These payments shall be made on the dates indicated whether or not the Circuit Court or the District Court have acted on the parties application.

   A. $50,000.00 payable on or before September 10, 2007;

   B. $25,000.00 payable on or before October 13, 2007;

   C. $50,000.00 payable on or before January 15, 2008, and

   D. The final payment of $50,000.00 by April 15, 2008.

5. If Defendants fail to make any of the payments above-mentioned, then five (5) days after notice of default in such payment, the plaintiff may apply to the District Court for enforcement of such agreement or take whatever other action to enforce the agreement that is available at law.

Sept. 10 2007
Date

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Ronald A. Offret, #7410096

Sept 10, 2007
Date

JOHN E. HAVELOCK
Attorney for Defendants

John E. Havelock, #6101006

Sept 13, 2007
Date

Lisa Suzuki

STATE OF WASHINGTON   )
                      )ss:
KING COUNTY           )

LISA SUZUKI, being first duly sworn upon oath, deposes and states that she has reviewed the Stipulated Settlement and agrees to comply with the terms therein.

---------------------------------------
Lisa Suzuki

SUBSCRIBED AND SWORN to before me this 13th day of September, 2007, at Tukwila Washington.

[Notary Public Stamp: Notary Public State of Washington PHILIP KAO My Appointment Expires Apr 20, 2009]

Notary Public in and for Washington State
King County
My Commission Expires April 20 2009

---------------------------------------
Date

---------------------------------------
Terry Suzuki


STATE OF WASHINGTON    )
                       )ss:
KING COUNTY            )

TERRY SUZUKI, being first duly sworn upon oath, deposes and states that he has reviewed the Stipulated Settlement and agrees to comply with the terms therein.

---------------------------------------
Terry Suzuki

SUBSCRIBED AND SWORN to before me this 18 day of September, 2007, at Tukwik Washington.

[Notary Seal: MICHAEL JOHN SKARIN NOTARY PUBLIC STATE OF WASHINGTON MARCH 21, 2011]

---------------------------------------
Notary Public in and for Washington State
King County
My Commission Expires March 21, 2011

A&W ALASKA, INC.

By _____
Lisa Suzuki, President

9/13/07
Date

STATE OF WASHINGTON    )
                       ) ss:
KING COUNTY            )

THIS IS TO CERTIFY that on this \_\_13\_\_ day of \_\_September\_\_, 2007, before me, the undersigned, a Notary Public in and for the State of Washington, personally appeared LISA SUZUKI, known to me and to me known to be the President of the corporation named in the foregoing instrument and acknowledged to me that the same was signed freely and voluntarily for the uses and purposes therein stated pursuant to its bylaws or a resolution of its Board of Directors.

WITNESS my hand and official seal the day and year last above written.

_____
Notary Public in and for Washington State
King County
My Commission Expires: \_\_April 20, 2009\_\_

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

HYON N. MORRISSETTE, )
)
          Plaintiff-Appellee, )
)
vs. )
)
A&W ALASKA INC., et al. )
)
          Defendants-Appellants. )
_____ )   Case No. 07-35688
District Court Case No. A04-0017 CV (RRB)

## MOTION TO REMAND TO THE US DISTRICT COURT FOR THE DISTRICT OF ALASKA

      The parties having reached an agreement for the settlement of this case, the form of agreement being attached to this application, and the settlement agreement requiring that the underlying case be dismissed, the parties jointly move that this court remand the case to the US District Court for the District of Alaska so that the case may be there dismissed and the settlement implemented according to the agreement of the parties

LAW OFFICES OF JOHN HAVELOCK
Attorneys for Appellants

_Sept 10 2007_
Dated

_/s/ John E. Havelock_
John E. Havelock, AK Bar # 6101006

AGLIETTI, OFFRET & WOOFTER
Attorneys for Appellee

_Sept. 10, 2007_
Dated

_/s/ Ronald A. Offret_
Ronald A. Offret, AK Bar # 7410096

LAW OFFICES OF
JOHN HAVELOCK
632 CHRISTENSEN DRIVE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-1916

MORRISSETTE V. A&W, ET AL.    Page 1 of 1    MOTION TO REMAND
CASE NO. 07-35688

_Attachment A_

## UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| HYON N. MORRISSETTE,<br>          Plaintiff,<br>vs.<br><br>LISA SUZUKI, TERRY SUZUKI,<br>A&W ALASKA INC.;<br>MTN. VIEW SHELL, FOOD MART<br>And A&W RESTAURANT;<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A3:04-CV-0017 (RRB)<br>) |

### MOTION TO DISMISS WITH PREJUDICE

The parties having reached an agreement for the settlement of this case, the form of agreement being attached to this motion, and the settlement agreement requiring that the underlying case be dismissed, the parties jointly move that this court dismiss the action provided only that the case may be reopened on application of the plaintiff for the purpose of enforcement of this agreement in the event that defendants fail to meet the terms of the settlement agreement.

LAW OFFICES OF JOHN HAVELOCK
Attorneys for Defendants

Sept 10 2007
Dated

John E. Havelock, AK Bar # 6101006

AGLIETTI, OFFRET & WOOFTER
Attorneys for Plaintiff

Sept. 10, 2007
Dated

Ronald A. Offret, AK Bar # 7410096

MORRISSETTE V. A&W, ET AL.
A3:04-CV-0017 (RRB)

Page 1 of 1

MOTION TO DISMISS WITH PREJUDICE

LAW OFFICES OF JOHN HAVELOCK
632 CHRISTENSEN DRIVE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-1916

Attachment B